```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

RECO D. SMITH,

      Plaintiff,

v.                              Civil Action No. 2:18-cv-00053

HEALTHCARE FINANCIAL SERVICES,
and CAMC PHYSICIANS GROUP,

      Defendants.


## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on December 7, 2018; and the magistrate judge having recommended that the court grant the motion filed by HCFS Health Care Financial Services, LLC, for judgment on the pleadings; and it appearing that the movant was improperly served as if it were the similarly named defendant in this case; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the plaintiff's claims against HCFS Health Care Financial Services, LLC, be and they hereby are, dismissed.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

DATED: February 19, 2019

John T. Copenhaver, Jr.
Senior United States District Judge